Catherine W. Johnson (Bar No. 135070)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: wacevedo@wendel.com

Attorneys for Plaintiffs
Mohammed Karwash and Rosamaria Karwash,
individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED KARWASH and ROSAMARIA KARWASH, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. C09-04847 MEJ<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs Mohammed Karwash and Rosamaria Karwash, hereby respectfully request that the Court continue the case management conference, presently set for January 21, 2010, at 10:00 a.m., to a date after March 22, 2010, which is reasonably calculated to allow Plaintiffs time to serve the Complaint for Damages and Declaratory Relief on Defendant Exxon Mobil Corporation ("Exxon Mobil"). The continuance of the case management conference will also continue all the ADR deadlines previously scheduled and filed by the court on October 13, 2009.

Prior to the filing of this action, Plaintiffs' counsel engaged in extensive settlement discussions with counsel for Exxon Mobil. Plaintiffs are informed and believe, based upon subsequent discussions with Exxon Mobil's local counsel after the filing of this action, that said counsel is not authorized to accept service of the Complaint on behalf of Exxon Mobil. At this time, service is being attempted upon Exxon Mobil, a New Jersey corporation, through its registered agent for service of process. Accordingly, no defendant has appeared in this action. Therefore, Plaintiffs are unable to meaningfully prepare this matter for the January 21, 2010 case management conference, and to avoid unnecessarily consuming the time and resources of this Court, request a continuance of the currently scheduled case management conference and all associated ADR deadlines.

Dated: December 31, 2009   WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ William C. Acevedo
William C. Acevedo
Attorneys for Plaintiffs
Mohammed Karwash and Rosamaria Karwash, individuals

## ORDER

Upon good cause appearing, IT IS HEREBY ORDERED THAT:

The initial case management conference shall be continued from January 21, 2010 to 10:00 a.m. on  April 1 , 2010 in Courtroom B of this Court. ~~The meet and confer deadline regarding initial disclosures, early settlement, ADR process selection, and discovery~~

1  ~~plan shall be continued from December 31, 2009 to _____, 2010. The deadline for~~
2  ~~filing of the Rule 26(f) Report and initial Case Management Statement shall be continued from~~
3  ~~January 14, 2010 to _____, 2010~~.
   All deadlines shall be adjusted accordingly.

4

5  Dated: January 6, 2010
       _____

6

7                                    By: _____
                                         The Honorable Maria-Elena James
8                                        Judge of the United States District Court
                                         Northern District of California

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607