1  WENDEL, ROSEN, BLACK & DEAN, LLP
   A Limited Liability Partnership
2  WILLIAM C. ACEVEDO (Cal. Bar No. 194106)
   wacevedo@wendel.com
3  1111 Broadway, 24th floor
   Oakland, CA  94607
4  Telephone:    (510) 834-6600
   Facsimile:    (510) 808-4642
5  Attorneys for Plaintiffs

6  Attorneys for Plaintiffs MOHAMMED KARWASH and
   ROSAMARIA KARWASH
7
   SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
8  A Limited Liability Partnership Incl. Professional Corps.
   JEFFREY J. PARKER (Cal. Bar No. 155377)
9  jparker@sheppardmullin.com
   WHITNEY JONES ROY (Cal. Bar No. 211541)
10 wroy@sheppardmullin.com
   AMIR A. TORKAMANI (Cal. Bar No. 260009)
11 atorkamani@sheppardmullin.com
   333 South Hope Street, 48th Floor
12 Los Angeles, CA  90071-1448
   Telephone:    (213) 620-1780
13 Facsimile:    (213) 620-1398

14 Attorneys for Defendant EXXONMOBIL OIL
   CORPORATION
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 MOHAMMED KARWASH and              Case No.  4:09-CV-04847-PJH
   ROSAMARIA KARWASH, individuals
19                                   Assigned to:    Hon. Phyllis J. Hamilton
              Plaintiffs,
20                                   [~~PROPOSED~~] ORDER GRANTING JOINT
   v.                                STIPULATION CONTINUING CASE
21                                   MANAGEMENT CONFERENCE
   EXXONMOBIL OIL CORPORATION, a
22 New York corporation, and DOES    *[Joint Stipulation Continuing Case
   1 through 5, inclusive,           Management Conference submitted
23                                   concurrently herewith]*
              Defendants.
24

25

26

27

28

W02-WEST:1AAT1\402620163.1         [PROPOSED] ORDER GRANTING JOINT STIPULATION
                                   CONTINUING CASE MANAGEMENT CONFERENCE

# [~~PROPOSED~~] ORDER

The currently scheduled Case Management Conference is continued to July 8, 2010 _____. In addition, all deadlines triggered by the Case Management Conference are vacated and shall be re-set based on the new conference date.

**IT IS SO ORDERED**

Dated __April 30__, 2010

_____
Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*