UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED KARWASH, et al.,

    Plaintiffs,

    v.

EXXONMOBIL OIL CORPORATION,

    Defendant.

_____/

No. C 09-4847 PJH

**ORDER**

    In view of the pending settlement, the date for the hearing on defendant ExxonMobile Corporation's motion to dismiss, previously set for June 9, 2010, is VACATED.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge