Catherine W. Johnson (Bar No. 135070)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: wacevedo@wendel.com

Attorneys for Plaintiffs
Mohammed Karwash and Rosamaria Karwash,
individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED KARWASH and ROSAMARIA KARWASH, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> EXXONMOBIL OIL CORPORATION, a New York corporation, and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. C09-04847 MEJ <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT EXXONMOBIL OIL CORPORATION; [PROPOSED] ORDER** |

Plaintiffs Mohammed Karwash and Rosamaria Karwash ("Plaintiffs"), and Defendant ExxonMobil Oil Corporation ("Defendant"), hereby stipulate, by and through their respective counsel, as follows:

**STIPULATION**

WHEREAS, on or about June 4, 2010, Plaintiffs and Defendant entered into a settlement agreement and general release of all claims that have been, or could have been, alleged in this lawsuit (the "Settlement");

WHEREAS, the Settlement required Defendant to pay a certain sum of money to fully settle Plaintiffs' claims against said Defendant;

WHEREAS, upon payment of the settlement monies, the Settlement requires Plaintiffs to seek dismissal of this action;

It is hereby stipulated that:

1. Plaintiffs and Defendant shall request, and hereby do request, that the Court dismiss with prejudice the above-captioned action pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

2. The Parties are to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: June 29, 2010                    WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ William C. Acevedo
William C. Acevedo
Attorneys for Plaintiffs
Mohammed Karwash and Rosamaria Karwash, individuals

Dated: June 29, 2010                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Jeffrey J. Parker
Jeffrey J. Parker
Attorneys for Defendant
ExxonMobil Oil Corporation

## ORDER

Upon good cause appearing therefore, IT IS HEREBY ORDERED THAT:

This action is hereby dismissed with prejudice in accordance with the stipulation of the parties.

Dated: June 30, 2010

_____
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR DISMISSAL; ORDER        - 2 -